IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR249 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| JUDE A. LUNA, | ) ) | |
| Defendant. | ) ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 27). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation their its entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 27) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 17) is denied, in accordance with the Findings and Recommendation.

DATED this 19th day of October, 2010.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge